IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:18-CV-594-ECM |
| | ) | [WO] |
| DOTHAN CITY JAIL MEDIC JESSE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On July 11, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 5. There being no objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that:

1. Plaintiff's complaint against Defendants Steven Parrish and the City of Dothan are DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Defendants Steven Parrish and the City of Dothan are TERMINATED as parties to the complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendants Steven Parrish and the City of Dothan.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

DONE this 17th day of August, 2018.

                                        /s/ Emily C. Marks
                                EMILY C. MARKS
                                UNITED STATES DISTRICT JUDGE