IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JONATHAN BERRY,                    )
                                   )
    Plaintiff,                 )
                                   )
v.                                 )     CIVIL ACTION NO. 1:18cv594-ECM
                                   )                [WO]
DOTHAN CITY JAIL MEDIC             )
JESSE, *et al*.,                   )
                                   )
    Defendants.                )

## OPINION and ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on September 21, 2018. (Doc. # 23). There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

DONE this 10th day of October, 2018.

                       /s/ Emily C. Marks
                   EMILY C. MARKS
                   UNITED STATES DISTRICT JUDGE